UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY BISI, et al., | No. 2:24-cv-03173-TLN-CKD |
| Plaintiffs, | |
| v. | **ORDER** |
| CHI SOO KIM, | |
| Defendant. | |

Plaintiffs proceed in this civil matter without counsel. This matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On November 19, 2024, the magistrate judge filed findings and recommendations herein which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 4.) Plaintiffs have not timely filed any objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a review of this case. Having carefully reviewed this matter, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed November 19, 2024 (ECF No. 4), are ADOPTED IN FULL.

///

1

2. Plaintiffs' complaint is DISMISSED with prejudice and without leave to amend for failure to state a claim.

3. The Clerk of the Court is directed to close this case.

Date: December 20, 2024

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE